JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENTINA DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; JORGE CARRERA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-08589-SVW-MAR<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND<br><br>Judge: Stephen V. Wilson<br>Complaint Filed: August 8, 2025<br>Trial Date: Not Yet Set |

This matter is before the Court following the Parties "Joint Stipulation to Remand" on November 19, 2025 (Doc. 18), which Defendants filed after removal of this case from the County of Los Angeles, California. Following Plaintiff's filing of the Joint Stipulation to Remand, the Court understands that Plaintiff and Defendants have agreed that this case should be remanded back to the County of Los Angeles. Based on Plaintiff's Joint Stipulation to Remand, and hereby accepts the Parties' stipulation regarding remand. ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Court hereby remands this case back to Los Angeles County, California for all further proceedings and removes Plaintiff's Motion for Remand and Request for Sanctions set for December 8, 2025 off calendar.

2. No sanctions should be awarded in connection with the Remand of this action.

3. The District Court Clerk is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Court of Los Angeles County, California, and terminate this matter.

Dated: November 19, 2025

HON. STEPHEN V. WILSON
United States District Judge